UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TIMOTHY BROWN,**

       **Plaintiff,**

vs.

**DWMG REAL ESTATE SERVICES, LLC, A GEORGIA LIMITED LIABILITY COMPANY,**

       **Defendant.**
_____/

**CASE NO.: 1:16-CV-02766-ELR**

## <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS WITHOUT PREJUDICE</u>

Plaintiff, TIMOTHY BROWN, by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby files his Notice of Voluntary Dismissal of the above-styled cause without prejudice.

Dated this 22nd day of November, 2016.

                  **<u>/s/ C. RYAN MORGAN</u>**
                  C. Ryan Morgan, Esq.
                  Georgia Bar No. 711884
                  Morgan & Morgan, P.A.
                  20 N. Orange Ave., 14th Floor
                  P.O. Box 4979
                  Orlando, FL 32802-4979
                  Telephone: (407) 420-1414

      Facsimile: (407) 245-3401
      Email:  RMorgan@forthepeople.com
      ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on November 22, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: DWMG Real Estate Services, LLC, c/o Registered Agent, Fred Wright, One Paces West, Suite 1740, 2727 Paces Ferry Road, Atlanta, GA 30309 this 22nd day of November, 2016.

            **/s/ C. RYAN MORGAN**
            C. Ryan Morgan, Esq.